FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0218

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

RANDY LEE TYER,

       Defendant and Appellant.

_____

 O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020